IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FABRICE TEIXEIRA | No. 20-cr-10198-FDS |

**MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT NEW CJA COUNSEL**

Undersigned counsel hereby moves to withdraw, on the grounds that there has been an irretrievable breakdown in the attorney-client relationship.

Mr. Teixeira respectfully requests that the Court appoint successor CJA counsel as soon as possible.

Respectfully submitted,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2020.

*/s/ William Fick*

- 1-