**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. FID: <br> CASE: | 2. DATE OF REPORT: 07/07/2020 | 3. REPORTED BY: ORAVA,TIM <br> AT: W00 |
|---|---|---|
| 4. SUBJECT NAME: TEIXEIRA,FABRICE C | | |

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION          [ ] ARREST/CLOSE
[ ] COLLATERAL LEAD                             [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                           [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA                     [ ] DUE DILIGENCE
[ ] CS REQUEST                                  [x] OTHER: (APPROVAL FOR INVESTIGATION)

7. HOURS WORKED:

On October 27, 2011, Fabrice C. TEIXEIRA (FBI# ███ DOB ██/1988, SSN ███) was convicted in Plymouth, MA Superior Court regarding rape of a child charges. The female victim was 15 yoa during the incident. Subsequently, TEIXEIRA was classified as a level 3 offender and required to register until approximately October 27, 2037.

On April 2, 2019, TEIXEIRA was placed in violation status by Taunton, MA Police. USMS investigation reveals that TEIXEIRA had left the country and went to Cape Verde on a flight from Boston on January 24, 2019 and returned on April 2, 2019. The passport number used for this travel under his name is ███.

On June 15, 2020 the District of Massachusetts issued a federal arrest warrant based on ATF charges related to a gang related narcotics case. Further investigation by the ATF and Boston Police Gang Unit revealed that TEIXEIRA has left Massachusetts and is believed to be in Florida. A search of FL sex offender database shows negative results for a match with TEIXEIRA.

Due to TEIXEIRA being convicted of a sex crime which requires him to register as a sex offender, his absconding from his last registered address in MA and his knowing failure to register the USMS has opened an AWA (Violation of Title 18 u.s.c. 2250) investigation into his criminal activities.

| 8. SIGNATURE (Name and Title) <br><br> TIM ORAVA <br> Senior Inspector | 9. DATE <br> 07/07/2020 2:20 PM EDT | 12. DISTRIBUTION <br> __DISTRICT <br> __HEADQUARTERS <br> __OTHER_____ |
|---|---|---|
| 10. APPROVED (Name and Title) <br><br> GARY MATTISON <br> Chief Inspector | 11. DATE <br> 07/10/2020 9:15 AM EDT | |

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

07/16/2020 12:17 PM EDT

F. TEIXEIRA-001

**U.S. Department of Justice**
United States Marshals Service

# REPORT OF INVESTIGATION

Page 1 of 1

| 1. FID CASE: ▓▓▓▓ | 2. DATE OF REPORT: 07/14/2020 | 3. REPORTED BY: SULLIVAN, NEIL AT: 038 |
|---|---|---|

4. SUBJECT NAME: TEIXEIRA, FABRICE C

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION        [ ] ARREST/CLOSE
[x] COLLATERAL LEAD ▓▓▓▓                     [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                        [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA                  [ ] DUE DILIGENCE
[ ] CS REQUEST                               [ ] OTHER

7. HOURS WORKED:

Request Type: ROUTINE - 10 working days
Response Required By: 07/28/2020

On 6/15/20, a federal narcotics warrant was issued in D/MA for Fabrice TEIXEIRA aka "Joshua". This case was turned over by ATF to the USMS for apprehension. Numerous co-defendants on TEIXEIRA's case were arrested in Massachusetts on 6/16/20. This office is quite confident that TEIXEIRA knows he's wanted. TEIXEIRA is also a convicted sex offender on a Child Rape case and a MS04 is now open in MA for possible additional federal charges.

Boston PD TFO Steve Ridge has developed information through the fugitive's father that TEIXEIRA may be residing at ▓▓▓▓ in Kissimmee, FL 34747. The father stated he dropped TEIXEIRA off there recently and that's the last place he believes him to be at. The father is cooperative and can be reached at ▓▓▓▓

Please attempt to determine if TEIXEIRA is residing at ▓▓▓▓ in Kissimmee, FL. If he is not located there, please interview the occupants and attempt to determine his location and his current cell number for TOG assistance. If TEIXEIRA is not located at this address, please call the father requesting his further assistance.

This office is also requesting that you attempt to bring the District SOIC on any arrest attempt. If possible interviews should be conducted and evidence gathered for a possible Adam Walsh Act Prosecution in MA.

I can be reached at ▓▓▓▓   TFO Steve Ridge can be reached at ▓▓▓▓

| 8. SIGNATURE (Name and Title) | 9. DATE 07/14/2020 8:21 PM EDT | 12. DISTRIBUTION __DISTRICT __HEADQUARTERS __OTHER _____ |
|---|---|---|
| NEIL SULLIVAN Criminal Investigator | | |
| 10. APPROVED (Name and Title) | 11. DATE 07/15/2020 10:25 AM EDT | |
| JOHN WICKHAM Supervisory Deputy U.S. Marshal | | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

08/06/2020 2:33 PM EDT

F. TEIXEIRA-002

**U.S. Department of Justice**
United States Marshals Service

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. FID:<br>CASE: | 2. DATE OF REPORT: 07/15/2020 | 3. REPORTED BY: PAIKAI,EBENEZER<br>AT: A18 |
|---|---|---|

4. SUBJECT NAME: TEIXEIRA,FABRICE C

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION         [ ] ARREST/CLOSE
[ ] COLLATERAL LEAD                            [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                          [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA                    [ ] DUE DILIGENCE
[ ] CS REQUEST                                 [x] OTHER: (APPROVAL FOR INVESTIGATION)

7. HOURS WORKED:

The following reflects investigative activities conducted by United States Marshal Service, Middle District of Florida (M/FL) and Orange County Sheriff's Office (OCSO)/Orlando Police Department, Sex Offender Unit (SOU) in reference Fabrice C. TEIXEIRA (FID: ) who is identified as a Massachusetts (MA) Sexual Offender, and has an active federal felony warrant for narcotics.

On October 27, 2011, TEIXEIRA was convicted in Plymouth, MA Superior Court regarding rape of a child charges. The female victim was 15 yoa during the incident. Subsequently, TEIXEIRA was classified as a level 3 offender and required to register until approximately October 27, 2037.

On April 2, 2019, TEIXEIRA was placed in violation status by Taunton, MA Police. USMS investigation reveals that TEIXEIRA had left the country and went to Cape Verde on a flight from Boston on January 24, 2019 and returned on April 2, 2019. The passport number used for this travel under his name is .

On June 15, 2020 the District of Massachusetts issued a federal arrest warrant based on ATF charges related to a gang related narcotics case. Further investigation by the ATF and Boston Police Gang Unit revealed that TEIXEIRA has left Massachusetts and is believed to be in Florida. A search of FL sex offender database shows negative results for a match with TEIXEIRA.

On July 15, 2020, Senior Inspector (SI) Ebenezer K. Paikai received information from MA that TEIXEIRA was residing at , Kissimmee, Florida. Osceola County Sheriff's Office (OCSO), Sex Offender Unit (SOU) Detectives (Det) Michele Keefer and Craig Lincourt advised that they located TEIXEIRA possible vehicle at the , Kissimmee, Florida. Det Keefer conducted law enforcement checks on the issued Florida license plate IU46CE (exp 02/16/2021- Blue Volkswagon) and the said license plate was registered to a "Fabrice Cortez TEIXEIRA - Florida driver license # . Det Keefer

| 8. SIGNATURE (Name and Title)<br><br>EBENEZER PAIKAI<br>Criminal Investigator | 9. DATE<br>07/15/2020 8:16 AM EDT | 12. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| 10. APPROVED (Name and Title)<br><br>CHARLIE SHAW<br>Supervisory Deputy U.S. Marshal | 11. DATE<br>07/20/2020 12:52 PM EDT | |

**UNITED STATES MARSHALS SERVICE**
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

08/06/2020 2:35 PM EDT

F. TEIXEIRA-003

**U.S. Department of Justice**
United States Marshals Service

# REPORT OF INVESTIGATION

Page 2 of 2

| 1. FID CASE: | 2. DATE OF REPORT: 07/15/2020 | 3. REPORTED BY: PAIKAI,EBENEZER AT: A18 |
|---|---|---|
| 4. SUBJECT NAME: TEIXEIRA,FABRICE C | | |
| 5. MERGED FIDs: | | |

advised that TEIXEIRA had obtained numerous Florida driver license replacement identification on 09/04/2012, 03/14/2013, 07/23/2014, 11/12/2015, 01/09/2016, and 08/03/2016. During these replacements, TEIXEIRA never identified himself as a sex offender while obtaining these driver license.

On July 15, 2020, SI Paikai contacted, via phone, Florida Department of Law Enforcement (FDLE) Kathy Cutler reference TEIXEIRA Florida sex offender registration. Cutler advised TEIXEIRA never registered with the State of Florida.

Due to TEIXEIRA being convicted of a sex crime which requires him to register as a sex offender, his absconding from his last registered address in MA and his knowing failure to register the USMS has opened an AWA (Violation of Title 18 U.S.C. 2250(a)) investigation.

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

08/06/2020 2:35 PM EDT

F. TEIXEIRA-004

U.S. Department of Justice
United States Marshals Service

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. FID:<br>CASE: | 2. DATE OF REPORT: 07/15/2020 | 3. REPORTED BY: PAIKAI,EBENEZER<br>AT: A18 |
|---|---|---|

4. SUBJECT NAME: TEIXEIRA,FABRICE C

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION    [x] ARREST/CLOSE
[ ] COLLATERAL LEAD                                            [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                                        [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA                          [ ] DUE DILIGENCE
[ ] CS REQUEST                                                      [ ] OTHER

7. HOURS WORKED:

The following reflects investigative activities conducted by United States Marshal Service, Middle District of Florida (M/FL) and Osceola County Sheriff's Office (OCSO) Sex Offender Unit (SOU) in reference Fabrice C. TEIXEIRA (FID:          who is identified as a Massachusetts (MA) Sexual Offender.

On July 15, 2020, members of the OCSO SOU received information that Fabrice Cortez TEIXEIRA "aka Joshua" (TEIXEIRA) was at                        ., Kissimmee. TEIXEIRA has an active narcotic warrant for his arrest out of Massachusetts, he is also a sex offender that is not in compliance of the stipulations of his offender status.

On September 20, 2010, TEIXEIRA was convicted of Sexual Battery on a Child in a Plymouth Superior Court, Case number 10-00527. TEIXEIRA was ordered to register as a sexual offender and signed a registration form advising that within 10 days of moving/changing residences he was to notify the proper authorities. In the registration form, TEIXEIRA acknowledged that he was required to notify the appropriate authorities in any other state in which he located himself for the purpose of residence, employment, or attendance at an institution of higher learning, failing to do so may be subject to criminal prosecution. TEIXEIRA signed the Massachusetts registration from acknowledging that he understood the conditions imposed on him as a sexual offender.

While attempting to make contact at the residence, TEIXEIRA had opened the upstairs bathroom window and was attempting to escape. Upon seeing law enforcement, he immediately retreated into the bathroom. Florida Regional Fugitive Task Force (FRFTF) ordered him out of the residence. TEIXEIRA opened the bathroom window up and attempted to exit. OCSO SOU identified TEIXEIRA and TEIXEIRA returned into the residence. DUSM Jesse Bravo once again identified themselves as POLICE and request TEIXEIRA to exit the house. TEIXEIRA verbally replied to DUSM Bravo "that is not me thou". TEIXEIRA then came down the

| 8. SIGNATURE (Name and Title)<br><br>EBENEZER PAIKAI<br>Criminal Investigator | 9. DATE<br>07/15/2020 2:30 PM EDT | 12. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| 10. APPROVED (Name and Title)<br><br>CHARLIE SHAW<br>Supervisory Deputy U.S. Marshal | 11. DATE<br>07/20/2020 12:51 PM EDT | |

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

08/06/2020 2:34 PM EDT

F. TEIXEIRA-005

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 2 of 2

| 1. FID: <br> CASE: | 2. DATE OF REPORT: 07/15/2020 | 3. REPORTED BY: PAIKAI,EBENEZER AT: A18 |
|---|---|---|
| 4. SUBJECT NAME: TEIXEIRA,FABRICE C | | |
| 5. MERGED FIDs: | | |

stairs and he was taken into custody.

Statements were obtained and it was determined that TEIXEIRA had been renting a room through Air B & B at the residence of ████████., Kissimmee since June 8, 2020. TEIXEIRA had also purchased a car (2009 Blue Volkswagen, Florida tag IU46CE) and had a Florida Driver's License. The last name on the Florida Driver's License and vehicle registration was "TEIXEIRA." TEIXEIRA had failed to notify the Florida Department of Highway Safety and Motor Vehicles to have the "943.0435" sex offender status on his identification/driver's license. TEIXEIRA had renewed/replaced his Florida Driver's License eight (8) times since the conviction without notifying the DMV of his sexual offender status.

Based upon the evidence and information made available to me there is probable cause to arrest and charge TEIXEIRA with Failure to Register Address within 48 hours and Failure to Update Driver's License as required. TEIXEIRA was placed under arrest and transported to the Osceola County Jail for the above violations. A hold will be placed on him for the outstanding/active warrant out of Massachusetts.

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

08/06/2020 2:34 PM EDT

F. TEIXEIRA-006

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. FID CASE: ▮ | 2. DATE OF REPORT: 07/17/2020 | 3. REPORTED BY: ORAVA,TIM AT: W00 |
|---|---|---|

4. SUBJECT NAME: TEIXEIRA,FABRICE C

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ADMINISTRATIVE SUBPOENA
[ ] CS REQUEST

[ ] ARREST/CLOSE
[x] INTELLIGENCE UPDATE ▮
[ ] MEMORANDUM TO FILE
[ ] DUE DILIGENCE
[ ] OTHER

7. HOURS WORKED:

On July 16, 2020, Sr Inspector Tim Orava contacted Massachusetts Sex Offender Registry Board (MA SORB), Scott Bucuzzo, regarding Fabrice TEIXEIRA. Bucuzzo confirmed that TEIXEIRA is currently in violation status and provided the USMS with copies of registration forms, police report and conviction documents related to their records keeping.

The most recent registration form completed by TEIXEIRA was from February 22, 2018. On this form, listed in Section H, are numerous duties and obligations connected to his sex offender registration requirements.

Included in these duties it stated that if he moved to another state TEIXEIRA must notify in writing the MA SORB and/or the Police Department in the City/Town he lives not less than 10 days prior of establishing residence, employment or attendance of a higher learning institution there.

It also informed TEIXEIRA to immediately make contact and his presence known with authorities in another state regarding residence, employment and attendance to higher learning.

In addition it stated in accordance to federal law you must report any international travel to your registering authority no less than 21 days prior to travel. In bold letters below it states failure to do any of the above may subject you to state or federal prosecution.

TEIXEIRA signed the document and checked the box indicating he has read and understands the above requirements. The form lists an address of ▮, Taunton, MA 02780 as his registered address. In addition TEIXEIRA left the section for a "Secondary OR Out of State Address" blank along with listing his mother "Eunice" , who lives in Florida, in the "Closest Living Relative" section. The form indicates it was presented and witnessed by Taunton Police Detective William Rutherford.

| 8. SIGNATURE (Name and Title) | 9. DATE 07/17/2020 12:43 PM EDT | 12. DISTRIBUTION __DISTRICT __HEADQUARTERS __OTHER____ |
|---|---|---|
| TIM ORAVA Senior Inspector | | |
| 10. APPROVED (Name and Title) | 11. DATE 07/21/2020 2:35 PM EDT | |
| GARY MATTISON Chief Inspector | | |

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

07/21/2020 2:40 PM EDT

F. TEIXEIRA-007

**U.S. Department of Justice**
United States Marshals Service

### REPORT OF INVESTIGATION

Page 2 of 3

| 1. FID: <br> CASE: | 2. DATE OF REPORT: 07/17/2020 | 3. REPORTED BY: ORAVA, TIM <br> AT: W00 |
|---|---|---|
| 4. SUBJECT NAME: TEIXEIRA, FABRICE C | | |
| 5. MERGED FIDs: | | |

This was one of numerous registration forms competed by TEIXEIRA in his MA SORB file. None of the provided registration forms showed a secondary or out of state address listing for TEIXEIRA.

This most recent registration date is corroborated in the Sex Offender Registration Information System (SORIS), which is the Massachusetts law enforcement database that contains information about sex offender registrations. The system revealed that TEIXEIRA never registered as a sex offender in Massachusetts after this form was completed. This last completed registration expired on February 28, 2019.

Travel records show TEIXEIRA had left the country and went to Cape Verde on a flight from Boston, MA on January 24, 2019 and returned to Boston, MA on April 2, 2019. The travel is listed in his name and identifiers using his issued passport # ▓▓▓▓. Requests for additional certified copies of these travel records along with his passport records have been made.

According to Bucuzzo and not noted anywhere in SORIS, TEIXEIRA conducted this international travel without notifying MA SORB. In addition TEIXEIRA has not provided the fact to MA SORB he was issued a passport on December 12, 2018. This is also reflected in the SORIS system showing no record of any "Travel/Immigration Documents."

On April 2, 2019, Taunton Police made an entry into the SORIS "Offender Comments" section stating "Subject never showed up for registration. Unable to verify address upon visitation. No call back from registered phone numbers." On this date Taunton Police placed TEIXEIRA in violation status in the system.

He also did not let Taunton Police know of his departure out of the country, or his change of address, prior to the time period his sex offender registration was to expire at the end of February 2019. There is also no record that TEIXEIRA tried to register after his return on his flight to Boston, MA, in April 2019, with either the MA SORB or Taunton Police.

On June 15, 2020 the D/MA issued a federal arrest warrant based on ATF charges related to a gang related narcotics case. Further investigation by the ATF and Boston Police Gang Unit revealed that TEIXEIRA had left Massachusetts and is believed to be in Florida.

On July 15, 2020, members of the USMS M/FL and FLRFTF arrested TEIXEIRA aka "Joshua" at ▓▓▓▓., Kissimmee based on this lead information. Florida Department of Law Enforcement (FDLE) representative Kathy Cutler referenced TEIXEIRA in their sex offender registration records system and advised investigators that TEIXEIRA has never registered with the State of Florida. It was also determined that TEIXEIRA would be required to register for life in Florida due to his sex offense conviction from Massachusetts.

Initial statements were obtained and it was determined that TEIXEIRA had been renting a room through Air B & B at the residence of ▓▓▓▓., Kissimmee since June 8, 2020 and extended his agreement through August 7, 2020. A written statement was taken from the landlord and a screen shot of TEIXEIRA'S rental agreement through the Air B & B application has TEIXEIRA'S picture on the profile under the alias "Joshua Cortez" along with San Diego as where he lives.

Additional law enforcement database checks reveled that TEIXEIRA has a current Florida driver license using

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 3 of 3

| 1. FID:<br>CASE: | 2. DATE OF REPORT: 07/17/2020 | 3. REPORTED<br>BY: ORAVA,TIM<br>AT: W00 |
|---|---|---|

| 4. SUBJECT NAME: TEIXEIRA,FABRICE C | |

5. MERGED FIDs:

the name Fabrice Cortez TEIXEIRA with his date of birth, social security number and matching photo. The license was originally issued on March 14, 2013 then reissued on August 3, 2016 with an expiration date of ▮▮▮▮▮, 2021. The two addresses listed in connection to TEIXEIRA'S FL license are ▮▮▮▮▮ Orlando, FL 32821 and ▮▮▮▮▮, Orlando, FL 32824.

Records also show a current Florida vehicle registration in the same matching identifiers used by TEIXEIRA. Specifically, a registration to a blue, 4 door Volkswagen bearing FL tag IU46CE with an expiration of ▮▮▮ 2021. The address used for the vehicle registration by TEIXEIRA is ▮▮▮▮▮, Orlando, FL 32821. The database record shows the vehicle is insured by Star Casualty Insurance Company out of Miami, FL under policy number ▮▮▮▮▮ A photo was taken of this vehicle at the time of TEIXEIRA'S arrest by USMS M/FL.

Further USMS investigation into both TEIXEIRA'S international travel and interstate travel violations under the Adam Walsh Act are being conducted. Specifically, the length of time TEIXEIRA has been residing in Florida in connection to his interstate travel from Massachusetts to Florida along with his international travel from Boston, Ma to Cape Verde and back.

THIS INVESTIGATION CONTINUES.

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. FID:  CASE: | 2. DATE OF REPORT: 07/24/2020 | 3. REPORTED BY: ORAVA,TIM  AT: W00 |
|---|---|---|

4. SUBJECT NAME: TEIXEIRA,FABRICE C

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION        [ ] ARREST/CLOSE
[ ] COLLATERAL LEAD                           [x] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                         [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA                   [ ] DUE DILIGENCE
[ ] CS REQUEST                                [ ] OTHER

7. HOURS WORKED:

On July 23, 2020 the USMS received correspondence from the US Customs and Border Protection (CBP) Service regarding border crossing records related to TEIXEIRA'S international travel. On December 16, 2018, according to records, TEIXEIRA booked the following outbound flight arrangements.

On January 24, 2019, reservation records show that TEIXEIRA had an outbound flight # 280, with assigned seat 16F, through Azores Airlines (S4 280). The flight was from Logan International Airport in Boston, MA (BOS) to Praia International Airport (RAI) in Praia, Cape Verde.

Azores Airlines online resources indicate this flight # 280 has a stop at Joao Paulo II Airport (PDL) located in Ponta Delgada, Portugal. According to the CBP border crossing records it shows TEIXEIRA on board this Azores Airlines flight # 280 specifically indicating the leg from BOS to PDL.

On March 6, 2019, TEIXEIRA booked the following inbound flight arrangements. On April 2, 2019, reservation records show that TEIXEIRA had connecting inbound flights # 1542/44 & # 217, with TAP Portugal Airlines (TP 1542/44 & 217). The flights were from Praia International Airport (RAI) in Praia, Cape Verde to Lisbon Portela Airport in Lisbon, Portugal (LIS) to Logan International Airport in Boston, MA (BOS).

According to the CBP border crossing records it shows TEIXEIRA on board this TAP Portugal Airlines flight # 217 specifically indicating the leg from LIS to BOS. It also shows upon his arrival to Logan International Airport he went through US Customs for his entry back into the US. It should be noted that TEIXEIRA lists Fogo, Cape Verde as his place of birth on his US Passport application and used his issued passport # for this travel accorindg to CBP records.

| 8. SIGNATURE (Name and Title)  TIM ORAVA  Senior Inspector | 9. DATE  07/24/2020 1:13 PM EDT | 12. DISTRIBUTION  __DISTRICT  __HEADQUARTERS  __OTHER_____ |
|---|---|---|
| 10. APPROVED (Name and Title)  GARY MATTISON  Chief Inspector | 11. DATE  07/30/2020 12:25 PM EDT | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

07/30/2020 12:46 PM EDT

F. TEIXEIRA-010

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 2 of 1

| 1. FID CASE: ███ | 2. DATE OF REPORT: 07/24/2020 | 3. REPORTED BY: ORAVA,TIM AT: W00 |
|---|---|---|
| 4. SUBJECT NAME: TEIXEIRA,FABRICE C | | |
| 5. MERGED FIDs: | | |

THIS INVESTIGATION CONTINUES...

**UNITED STATES MARSHALS SERVICE**
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

07/30/2020 12:46 PM EDT

F. TEIXEIRA-011