# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADRIANO CORTEZ,<br>FABRICE TEIXEIRA,<br>ARMANDO GOMES,<br>PATRICK DUNN,<br>DANIEL BARBOSA,<br>CARLOS MONTEIRO,<br>TRE FERNANDES,<br>SANDRO PEREIRA CABRAL, and JOHN RODRIGUES | Criminal Action No. 1:20-CR-10198-FDS |

## NOTICE OF WITHDRAWAL

The undersigned counsel hereby notices the withdrawal of his appearance as Criminal Justice Act ("CJA") counsel for Defendant Fabrice Teixeira. Because Defendant Teixeira has asserted in his *pro se* Motion to Vacate under 28 U.S.C. §2255 that undersigned counsel was ineffective in his representation of the Defendant in the underlying criminal case, counsel can no longer represent the Defendant. Accordingly, replacement CJA counsel should be appointed, which undersigned counsel understands has happened or will happen prior to the February 12, 2024 hearing.

Respectfully submitted,

*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO# 633246)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
(617) 371-1037 (fax)
Dated: January 17, 2024 anthony.fuller@hoganlovells.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 17, 2024.

                                                */s/ Anthony E. Fuller*
                                                Anthony E. Fuller